FILED
CLERK, U.S. DISTRICT COURT

2/25/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | CASE NUMBER |
| | PLAINTIFF | |
| v. | | 2:19-mj-00701 |
| | | |
| MARIA HENDRICKS, | | **ORDER OF TEMPORARY DETENTION** |
| | | **PENDING HEARING PURSUANT** |
| | DEFENDANT(S). | **TO BAIL REFORM ACT** |

Upon motion of _____Defendant's counsel_____, IT IS ORDERED that a detention hearing is set for __February 27,__ , __2019__ , at __10:00__ ☒a.m. / ☐p.m. before the Honorable _Maria A. Audero_ , in Courtroom _690_ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.

_(Other custodial officer)_

Dated: _____February 25, 2019_____

_(signature)_

HON. MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE