

FILED
CLERK, U.S. DISTRICT COURT
FEB 27 2019
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARIA HENDRICKS,

Defendant.

Case No. 2:19-MJ-00701

ORDER OF DETENTION

I.

On February 25, 2019, Defendant Maria Hendricks ("Defendant") made her initial appearance in this district on the Complaint filed in the United States District Court for the Central District of California, Case No. 2:19-MJ-00701. Defendant stated that her true name is Maria Christina Hendricks.

The Court appointed Deputy Federal Public Defender Scott Dubois to represent Defendant.

Defendant requested a continuance of the Detention Hearing. The Court set the continued detention hearing for February 27, 2019 at 10:00 a.m. and temporarily detained Defendant pending the further detention hearing.

On February 27, 2019, the Court conducted a detention hearing based on a motion by the Government [18 U.S.C. § 3142(e)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

The Court bases its conclusions on the following:

As to risk of non-appearance:
- Defendant's lack of employment;
- Defendant's numerous aliases and identifiers;
- No bail resources;
- History of failures to appear as ordered;
- Unverified background information
- Substance abuse history
- Minimal ties to the Central District of California;
- Prior bail jumping convictions;
- Warrants issued in other states.

As to danger to the community:
- Nature of charged offense;
- Appearance of economic threat to the community;
- Prior arrests or convictions;
- Previous violations of supervised release;

- Illegal drug use; and
- Outstanding warrants.

## III.

In reaching this decision, the Court considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g).] The Court also considered the report and recommendation of the U.S. Pretrial Services Agency.

## V.

IT IS THEREFORE ORDERED that Defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i).]

Dated: February 27, 2019

\_\_\_\_/s/_____
HON. MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE